IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00276-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| QUADARIUS THOMAS (5) | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant to amend his presentence report (PSR). (Doc. No. 225).

The defendant claims that the Court granted his lawyer's request that his substance abuse problem be included in his presentence report. Although counsel did object to the absence of such information in the report, (Doc. No. 172 at 21), the Court did not order any amendment, (Doc. No. 228: Sent. Hr'g Tr. at 3). Instead, the Court called to the attention of the Bureau of Prisons the defendant's history of substance abuse and recommended that he be allowed to participate in any available substance abuse treatment program and if eligible, receive benefits of 18 U.S.C. § 3621(e)(2). (Id. at 11; Doc. No. 209: Judgment at 2). Accordingly, the Court finds that amendment of the presentence report is not necessary to afford the defendant the relief he requests, that is, that the BOP be notified of his substance abuse problem so that he can be considered for the Residential Drug Abuse Program.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **MOOT**.

The Clerk is directed to certify copies of this order to the defendant, along with a copy of the Judgment, (Doc. No. 209); counsel for the defendant; to the United States Attorney; the United States Marshals Service; and the United States Probation Office.

Signed: September 4, 2019

Robert J. Conrad, Jr.
United States District Judge